IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-cv-00195-M

| | |
|---|---|
| NOE AGUILAR-OCAMPO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NICOLAS BAHENA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiff, Noe Aguilar-Ocampo, and Defendant, Nicolas Bahena, by and through their undersigned counsel, jointly move this Court for entry of the Proposed Order attached to this Joint Motion.

Because Plaintiff's claims include alleged violation of the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq., ("FLSA") the parties seek Court approval of the Settlement Agreement. *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1355 (1982); *Boone v. City of Suffolk*, 79 F. Supp. 2d 603, 605 n. 2 (E.D.Va. 1999).

For the reasons set forth in the Memorandum of Law in Support of Joint Motion for Approval of FLSA Settlement, the parties respectfully request that the Court enter the submitted Proposed Order approving the Settlement Agreement reached by the parties, which includes a Consent Order attached as Exhibit A to that document. The Consent Order is also separately filed with this Motion as Exhibit 2. The Settlement Agreement is filed as Exhibit 1. A Declaration of Plaintiff's Counsel Michael Boyd accompanies this Motion and is designated as Exhibit 3.

1

Respectfully submitted this the 19th day of January, 2024.

/s/ Michael Boyd
Michael Boyd
N.C. Bar No. 57835
P.O. Box 26626
Raleigh, NC 27611
Telephone: 919-856-2180
Facsimile: 919-856-2167
MichaelB@legalaidnc.org
*Attorney for Plaintiff*


/s/ F. Marshall Wall
F. Marshall Wall
NC Bar No. 26804
Cranfill Sumner LLP
P.O. Box 27808
Raleigh, NC 27611-7808
Telephone: 919-828-5100
Facsimile: 919-828-2277
mwall@cshlaw.com
*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned has on this date electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which system will send a notice of electronic filing to all counsel of record in the above-captioned matter, including the following counsel(s) of record for Defendant:

>F. Marshall Wall
>Elizabeth King
>Cranfill Sumner LLP
>Post Office Box 27808
>Raleigh, NC 27611-7808
>MWall@cshlaw.com
>EKing@cshlaw.com
>
>*Attorneys for Defendant*

This, the 19th day of January, 2024.

>Respectfully submitted,
>
>/s/ Michael Boyd
>Michael Boyd
>N.C. Bar No. 57835
>P.O. Box 26626
>Raleigh, NC 27611
>Telephone: 919-856-2180
>Facsimile: 919-856-2167
>MichaelB@legalaidnc.org
>*Attorney for Plaintiff*